United States Bankruptcy Court
Eastern District of New York

In re:                                                                         Case No. 16-41837-cec
Joseph P Marzella                                                              Chapter 7
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0207-1    User: mmendieta    Page 1 of 1    Date Rcvd: Jun 22, 2016
                       Form ID: 131    Total Noticed: 14

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 24, 2016.
```
db           +Joseph P Marzella,    114 West Cedarview Avenue,    Staten Island, NY 10306-1701
smg           NYC Department of Finance,    345 Adams Street,    Office of Legal Affairs,
               Brooklyn, NY  11201-3719
smg          +NYS Unemployment Insurance,    Attn: Insolvency Unit,    Bldg. #12, Room 256,
               Albany, NY 12240-0001
8789122      +Absolute Collections Corp,    P O Box 880306,    Sac Diego, CA 92168-0306
8789124      +Barclays Bank Delaware,    P.o. Box 8803,    Wilmington, DE 19899-8803
8789125      +Capital One Services,    P O Box 70886,    Charolle, NC 28272-0886
8789126      +Dsrm Nt Bk,    Pob 631,    Amarillo, TX 79105-0631
8789127      +First Premier Bank,    601 S Minnesota Ave,    Sioux Falls, SD 57104-4868
8789128      +Midland Funding,    2365 Northside Dr Ste 30,    San Diego, CA 92108-2709
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg          +E-mail/Text: nys.dtf.bncnotice@tax.ny.gov Jun 22 2016 18:17:40
               NYS Department of Taxation & Finance,    Bankruptcy Unit,    PO Box 5300,
               Albany, NY 12205-0300
smg          +E-mail/Text: ustpregion02.br.ecf@usdoj.gov Jun 22 2016 18:16:49
               Office of the United States Trustee,    Eastern District of NY (Brooklyn Office),
               U.S. Federal Office Building,    201 Varick Street, Suite 1006,    New York, NY 10014-9449
8789123      +E-mail/Text: ally@ebn.phinsolutions.com Jun 22 2016 18:16:38     Ally Financial,
               P O Box 380901,    Bloomington, MN 55438-0901
8789129      +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jun 22 2016 18:19:26
               Portfolio Recovery Ass,    120 Corporate Blvd, Ste 100,    Norfolk, VA 23502-4962
8789130      +E-mail/PDF: gecsedi@recoverycorp.com Jun 22 2016 18:19:25     Syncb/electronics Expo,
               C/o Po Box 965036,    Orlando, FL 32896-0001
                                                                                               TOTAL: 5

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 24, 2016                                             Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 21, 2016 at the address(es) listed below:
```
              David J Doyaga    david.doyaga@verizon.net, NY98@ecfcbis.com,
              David J Doyaga    on behalf of Trustee David J Doyaga david.doyaga@verizon.net, NY98@ecfcbis.com,
              Kevin B Zazzera    on behalf of Debtor Joseph P Marzella kzazz007@yahoo.com
              Office of the United States Trustee    USTPRegion02.BR.ECF@usdoj.gov
                                                                                               TOTAL: 4
```

# United States Bankruptcy Court

Eastern District of New York
271−C Cadman Plaza East, Suite 1595
Brooklyn, NY 11201−1800

| | |
|---|---|
| IN RE: | CASE NO: 1−16−41837−cec |
| Joseph P Marzella | |
| Social Security/Individual Taxpayer ID/Taxpayer ID/Employer ID No.: | CHAPTER: 7 |
| xxx−xx−8105 | |
| DEBTOR(s) | |

## NOTICE OF HEARING ON DISMISSAL OF CASE OR EXTENSION OF TIME TO OBJECT TO DISCHARGE OF DEBTOR(S) AND DISCHARGEABILITY OF DEBTS

## NOTICE TO DEBTOR(S), CREDITOR(S) AND INTERESTED PARTIES

On motion of David J Doyaga, Trustee, a hearing to consider the dismissal of this case or to extend time to object to the discharge of the debtor(s) and the dischargeability of debts will be held before the Honorable Carla E. Craig, United States Bankruptcy Judge, on **August 4, 2016 at 11:00 AM,** at the following location:

**United States Bankruptcy Court, 271−C Cadman Plaza East, Courtroom 3529 − 3rd Floor, Brooklyn, NY 11201−1800**

Notice is further given that this hearing is brought pursuant to 11 U.S.C. Sec. 707, for failure of the debtor(s) to appear at the first meeting of creditors.

Responsive papers, if any, must be filed with the Bankruptcy Court and served upon the trustee no later than seven (7) days prior to the hearing date set forth above, and must be in compliance with all applicable Federal Rules of Bankruptcy Procedure and Local Rules of this Court.

Trustee:     David J Doyaga
             26 Court Street
             Suite 1002
             Brooklyn, NY 11242

**DEBTOR(S): YOUR BANKRUPTCY CASE MAY BE DISMISSED IF YOU DO NOT RESPOND TO THIS NOTICE.**

Dated: June 22, 2016

For the Court, Robert A. Gavin, Jr., Clerk of Court

**blhdu1**[Hrg on Dismissal/Extension of Time rev 12/08/15]